IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JONATHAN SPEIGHT (AIS #226223), | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 16-00226-WS-C |
| MONROE COUNTY JAIL, *et al.*, | : | |
| Defendant. | : | |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.   It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice as frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

DONE this 23rd day of January, 2017.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE